# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA NGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RELX INC., a Massachusetts corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. CV 20-9489 MWF (GJSx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41** |

Pursuant to the Joint Stipulation and Request for Dismissal of the Entire Action Pursuant to Federal Rule of Civil Procedure 41(a) brought by plaintiff SYLVIA NGO and defendant RELX INC., the Court hereby rules as follows:

The Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 20, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge

LA20CV09489-MWF-O [19] docx

1    Case No. CV 20-9489 MWF (GJSx)
ORDER GRANTING STIPULATION AND JOINT REQUEST
FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE